RECEIVED
SDNY PRO SE OFFICE

2025 FEB -7 PM 12: 44

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

---

FEIFEI GU,

      PLAINTIFF,

                                Case No. 25-CV-0029

                    v.                  *AMENDED* COMPLAINT

                                  JURY TRIAL DEMANDED

City of New York, Joseph Robinson, Daniel Siani, Michael Sher,

Steven Vitelli, Hang Chen, Emily Hui Chen-Liang, Susana Chong Chen,

Yu Ying Wu, Oliver Muir

                    Defendants

---

## BACKGROUND

1. On 01/01/24, Defendants Hang Chen, Emily Hui Chen-Liang, and Susana Chong Chen reported to 911 that Plaintiff Feifei Gu destroyed a security camera,

*1*

2. Police[1] Joseph Robinson and Daniel Siani responded to the scene on 01/02/24 midnight, Defendant Yu Ying Wu replaced the camera and provided receipt,

3. On 01/12/24, Plaintiff Feifei Gu was arrested at home[2] by police Steven Vitelli and Michael Sher,

4. Defendant Oliver Muir was the detective assigned to the case,

## JURISDICTION AND VENUE

1. This Court has jurisdiction over this action pursuant to 42 U.S.C.1983, 28 U.S.C. 1331, 1343, and 1367,

2. Venue is appropriate in the Southern District of New York as all claims arose from Defendant City of New York's negligence in supervising and training of its employees, City of New York is located within the jurisdiction.

---

[1] Body Camera Footage of Daniel Siani:
https://youtu.be/52Wtk5hm_W8?si=BArTtBsmvcTcAxel

Body Camera Footage of Joseph Robinson:
https://youtu.be/NOjIberXgKE?si=0KlL7XJRykHWNAx7

[2] See Body Camera Footage of Michael Sher:
https://youtu.be/DVh91XxzmYY?si=uBCMdqtmlE8XSCF7

2

FIRST CAUSE OF ACTION:

FALSE ARREST UNDER 42 U.S.C. 1983

(against Steven Vitelli and Michael Sher)

1. On 1/12/24, Defendants Michael Sher and Steven Vitelli came to Plaintiff's apartment in responding to a 911 call by Plaintiff Feifei Gu, Plaintiff Feifei Gu stated that police Oliver Muir threatened her in the phone call to arrest her even though she told Oliver Muir that she had evidence the camera was never damaged and that Hang Chen made a fake 911 call,

2. Plaintiff Feifei Gu then showed Defendants Michael Sher and Steven Vitelli the *exculpatory* evidence, Michael Sher stated in body worn camera[3]:

"Because I wasn't there, we are just going he said, she said, ..., you are going to come with us to the precinct for further verification, so we are going to the bottom of it."

Thus Michael Sher did not have probable cause to arrest,

3. In the Criminal Complaint signed by Defendant Steven Vitelli, he stated,

"ON OR ABOUT DECEMBER 31, 2023 AT APPROXIMATELY 02:20 AM..

DEPONENT IS INFORMED BY HANG CHEN THAT, AT THE ABOVE TIME AND PLACE, THE INFORMANT OBSERVED, VIA VIDEO SURVEILLANCE, THE DEFENDANT USING A STICK STRIKE AND DAMAGE TWO SURVEILLANCE CAMERAS WITH VALUED AT $250 UNITED STATES CURRENCY."

---

[3] https://youtu.be/DVh91XxzmYY?si=l9_o-atjv8Gg8iKj

3

4. However,

    1) there was no such videos as alleged,

    2) there was no evidence indicating Plaintiff Feifei Gu damaged 2 cameras,

    3) there was no evidence indicating the cameras worth $250,

    4) there was no evidence indicating Hang Chen is the owner of the premises or the custodian of the security camera,

Thus, Defendant Steven Vitelli had no probable cause to arrest.

4

SECOND CAUSE OF ACTION: CONSPIRACY UNDER 42 U.S.C. 1983

(against Joseph Robinson, Daniel Siani, Michael Sher, Steven Vitelli, Oliver Muir, Hang Chen, Emily Hui Chen-Liang, Susana Chong Chen, Yu Ying Wu)

1. In body camera footage, Hang Chen, Emily Hui Chen-Liang, Susana Chong Chen, stated the occurrence time was 10 PM, damaging 1 camera,

2. In NYPD Complaint Report (Exhibit 1), the occurrence time was 22:00 - 22:05, damaging 1 camera,

3. In Omniform Complaint (Exhibit 2), the occurrence time was changed to 02:20 - 22:05, damaging 1 camera, value: $251, misdemeanor; The Omniform Complaint was then updated as FELONY,

4. In Criminal Complaint (Exhibit 3), the occurrence time was 02:20 AM, damaging 2 cameras, valued at $250,

5. In Supporting Deposition (Exhibit 4), the occurrence time was 02:20 AM, damaging 1 camera, valued at $450,

6. In a phone call with Defendant Oliver Muir, he stated: "because Mr. Chen is stating that you damaged his property,"

To Conclude,

1. Neither of above City employees checked the camera, Defendant Yu Ying Wu intentionally damaged the original camera, so as to destroy the most material evidence;

2. All above City employees knowingly filed false Reports and Complaint, as video provided by Hang Chen shows the camera wasn't damaged (Exhibit 5), and that Hang Chen was not the owner of the premises or the custodian of the camera; All above City employees were following everything Hang Chen, Susana Chong Chen, and Emily Hui Chen-Liang stated in disregard of facts,

3. All above City employees claimed that Hang Chen had videos of Plaintiff Feifei Gu damaging the camera at alleged time, however, there was no such videos; All above City employees also repeatedly changed the occurrence time in conspiracy with Hang Chen, Emily Hui Chen-Liang, Susana Chong Chen,

4. Defendant Hang Chen, Emily Hui Chen-Liang, Susana Chong Chen, and Yu Ying Wu also knowingly forwarded to police falsified evidence, including three different, false and receipts with false date,

As such, all above Defendants jointly engaged in a conspiracy to illegally arrest Feifei Gu and to put Feifei Gu into jail,

THIRD CAUSE OF ACTION: FRAUD UNDER NY STATE LAW

( against Hang Chen, Emily Hui Chen-Liang, Susana Chong Chen, Yu Ying Wu)

1. Hang Chen, Emily Hui Chen-Liang, Susana Chong Chen stated in Body Camera and 911 calls that Plaintiff filed fake 311 complaints, left false Google Review, and damaged the camera, however, Plaintiff did none of the above,

2. Hang Chen knowingly signed the Supporting Deposition with false information,

3. Hang Chen, Emily Hui Chen-Liang, Susana Chong Chen, and Yu Ying Wu knowingly presented false and falsified evidence, including three different fake receipts (Exhibit 6-8),

FOURTH CAUSE OF ACTION: DEFAMATION UNDER NY STATE LAW

(against Hang Chen, Emily Hui Chen-Liang, Susana Chong Chen)

Above Defendants defamed Plaintiff Feifei Gu by making above false statements with malicious intent and also circulated online video of Plaintiff Feifei Gu being arrested to humiliate Plaintiff.

7

## FIFTH CAUSE OF ACTION: RETALIATION UNDER NY STATE LAW

( against Hang Chen, Emily Hui Chen-Liang, Susana Chong Chen)

1. Defendants Hang Chen, Emily Hui Chen-Liang, Susana Chong Chen worked collectively and diligently to design the arrest of Feifei Gu,

2. Defendants shared one goal - to retaliate Plaintiff for making truthful 311 Complaints, to punish Plaintiff, to throw Plaintiff into jail, and to evict Plaintiff from the premises,

## SIXTH CAUSE OF ACTION: ABUSE OF PROCESS
## UNDER 42 U.S.C. 1983 & NY STATE LAW

(against Joseph Robinson, Daniel Siani, Michael Sher, Steven Vitelli, Oliver Muir, Hang Chen, Emily Hui Chen-Liang, Susana Chong Chen, Yu Ying Wu)

Above Defendants abused the process by knowingly instigating and procuring the false arrest of Plaintiff Feifei Gu, while being in fully aware that the information provided was false and that Feifei Gu was innocent; Above Defendants acted jointly to achieve Hang Chen, Emily Hui Chen-Liang, and Susana Chong Chen's goal to retaliate Plaintiff Feifei Gu, to put her into jail, and to evict her.

8

SEVENTH CAUSE OF ACTION: INTENTIONAL INFLICTION OF

EMOTIONAL DISTRESS UNDER NY STATE LAW

(against Joseph Robinson, Daniel Siani, Michael Sher, Steven Vitelli, Oliver Muir,

Hang Chen, Emily Hui Chen-Liang, Susana Chong Chen, Yu Ying Wu)


Plaintiff Feifei Gu was falsely arrested, detained for 25 hours, did not sleep for a

single second, suffered humiliation and extreme emotional turmoil, and still under

the torture of ongoing fake criminal prosecution, which is all well-designed by

above Defendants.




NINTH CAUSE OF ACTION: MONELL UNDER 42 U.S.C. 1983

(against City of New York)


1. Defendants Joseph Robinson, Daniel Siani, Michael Sher, Steven Vitelli, Oliver

Muir all has extensive history of misconduct; Among them, Steven Vitelli even hit

Wikipedia by pepper spraying an innocent,


2. Defendant City of New York failed to train its employees as to display a

deliberate indifference to the constitutional rights of those within the jurisdiction,

9

Besides, even with notice of above Defendants' repeated misconduct, City of New York failed to make any meaningful investigation and failed to discipline,

3. See Exhibit 9 - 90 day notice,

TENTH CAUSE OF ACTION: NEGLIGENCE UNDER NY STATE LAW (against Joseph Robinson, Daniel Siani, Michael Sher, Steven Vitelli, Oliver Muir, City of New York)

Above City employees failed to conform their duty: they instigated or procured the false arrest of Plaintiff Feifei Gu.

Defendant City of New York is thus negligent in training and supervising.

10

JURY DEMAND

Plaintiff Feifei Gu hereby demands a trial by jury on all issues.

CONCLUSION

1. Plaintiff demands $100,000,000 against each Defendant and an award of Court

costs and disbursement,

2. For such and further relief as the Court deems just and proper.

VERIFICATION

Feifei Gu, being duly sworn, depose and say:

I am the plaintiff in the above-entitled action. I have read the foregoing Affidavit
and know the contents thereof. The same is true and correct, except as to matters
therein stated to be based on information and belief and as to such matters we
believe them to be true.

I, Feifei Gu, affirm this 6th day of February, 2025, under the penalties of perjury
under the laws of New York, which may include a fine or imprisonment, that the
foregoing is true, and I understand that this document may be filed in an action or
proceeding in a court of law.

Exhibit List

| Exhibit | Description | Page |
|---------|-------------|------|
| 1 | NYPD Complaint Report | 1 |
| 2 | Omniform Complaint | 2-3 |
| 3 | Criminal Complaint | 4 |
| 4 | Superseding Information and Supporting Deposition | 5-6 |
| 5 | Camera not damaged | 7 |
| 6 | Receipt 1 | 8 |
| 7 | Receipt 2 | 9 |
| 8 | Receipt 3 | 10 |
| 9 | 90 Day Notice | 11-15 |

## COMPLAINT REPORT WORKSHEET
PD 313-152A (Rev 07-22)

☑ Complaint Report
☐ Juvenile Report

ICAD No _____

| Cmd/Pct/Hsng Report | Jurisdiction Of Complaint: | | ☑ NYPD (Unless One Of The Following): | |
|---|---|---|---|---|
| 102 | | | | |

☐ NYPD Transit Bureau
☐ NYPD Housing Bureau
☐ Triborough Bridge And Tunnel Police
☐ Staten Island Rapid Transit Police

☐ Port Authority Police
☐ Health & Hospitals Corp. Police
☐ Long Island Railroad M.T.A.

☐ U.S. Park Police
☐ N.Y. State Police
☐ Metro North M.T.A.

☐ Amtrak Police
☐ Conrail Police
☐ Other

**Did This Offense Occur on NYC Parks Department Property?** ☐ Yes ☐ No    **Command**: ___    **NYC Parks Department Property Name**: ___

| Location Of Occurrence: ☐ Inside ☑ Rear Of ☐ In Front Of ☐ Opposite Of | Address 2526 85 ST | County Kings | Zip Code | Apt/Fl/Room# |
|---|---|---|---|---|

| Cross Streets | & | OR | Intersection Of | & | Corner ☐NE ☐NW ☐SE ☐SW |
|---|---|---|---|---|---|

| Military Time And Date Of This Report | Time 0150 | Date 1/2/24 | Occurrence On Or From | Time 2200 | Date 12/31/23 | Day Of Week SUN | Occurrence Through | Time 2205 | Date 12/31/23 | Day Of Week SUN |
|---|---|---|---|---|---|---|---|---|---|---|

| Pct. Of Occ. 7 | Complaint # 0000S | Aided # | Accident # | Case Status: ☑ Open ☐ Closed | Unit Referred To PDU | Log/Case # | File # |
|---|---|---|---|---|---|---|---|

| Start Report # | | Was The Victim's Personal Information Taken Or Possessed? ☐ Yes ☑ No | Was The Victim's Personal Information Used To Commit A Crime? ☐ Yes ☑ No |
|---|---|---|---|

| Comp. Recd ☑ Radio ☐ Phone ☐ Walk-In ☐ Written ☐ Pick-Up | Were Shots Fired ☐ Yes ☑ No | Visible By Patrol ☐ Yes | Pct. Sector Of Occ. | Beat Of Occ. | Post Of Occ. | Possible Hate Crime ☐ Yes ☑ No | Prints Requested ☐ Yes ☑ No |
|---|---|---|---|---|---|---|---|

| Possibly Gang Related ☐ Yes ☑ No | If Yes, Detective Borough Wheel Log # | Name Of Gang | | If Known ☐ Building ☐ Mass Transit ☐ Other Property | ☐ Occupied ☐ Unoccupied | Damage Caused By: ☐ Explosion ☐ Fire ☐ Unk | ☐ Child Abuse Suspected ☐ Yes ☑ No |
|---|---|---|---|---|---|---|---|

| Domestic Incident Report Required Because Incident Involved Persons Belonging To The NYS Family Court Act Or NYPD Expanded Definition Of A Domestic Relationship? ☐ Yes ☑ No | Child In Common? ☐ Yes ☑ No | Intimate Relationship? ☐ Yes ☑ No | Body Worn Camera ☑ Yes ☐ No |
|---|---|---|---|

### OFFENSES

| | ATTEMPTED/COMPLETED | LAW | SECTION | SUB. | CLASS | TYPE | COUNTS | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| Top Off. | ☑ | PL | 145.00 | | A | M | 1 | Crim. Mischief |
| 2nd Off. | ☐ | | | | | | | |
| 3rd Off. | ☐ | | | | | | | |
| 4th Off. | ☐ | | | | | | | |
| 5th Off. | ☐ | | | | | | | |
| 6th Off. | ☐ | | | | | | | |
| 7th Off. | ☐ | | | | | | | |
| 8th Off. | ☐ | | | | | | | |
| 9th Off. | ☐ | | | | | | | |
| 10th Off. | ☐ | | | | | | | |

### PREMISES TYPE (Must Choose One)

**Residential:**
☐ Homeless Shelter
☐ Residence – Private House
☐ Residence – Apt. Building
☐ Residence – Public Housing

**House Of Worship:**
☐ Church
☐ Synagogue
☐ Mosque
☐ Temple
☐ Other

**School:**
☐ Public (NYC Dept Of Ed)
☐ Private/Parochial
☐ College/University
☐ Other

**Public Transportation:**
☐ Airport Terminal
☐ Bus (NYC Transit)
☐ Bus (Other)
☐ Bus Stop

☐ Bus Terminal
☐ Ferry/Ferry Terminal
☐ Taxi (Yellow Licensed)
☐ Taxi (Livery Licensed)

☐ Taxi/Livery (Unlicensed)
☐ Tramway
☐ Transit – NYC Subway
☐ Transit Terminal (Other)

**Commercial:**
☐ ATM
☐ Bank
☐ Bar/Night Club
☐ Beauty & Nail Salon
☐ Book/Card Store
☐ Candy Store

☐ Chain Store
☐ Check Cashing Business
☐ Clothing/Boutique
☐ Commercial Building
☐ Daycare Facility
☐ Department Store
☐ Doctor/Dentist

☐ Drug Store
☐ Dry Cleaner/Laundry
☐ Factory/Warehouse
☐ Fast Food
☐ Gas Station
☐ Grocery/Bodega

☐ Gym/Fitness Facility
☐ Hospital
☐ Hotel/Motel
☐ Jewelry Store
☐ Liquor Store
☐ Loan Company

☐ Gas/Food Cart/Stands
☐ Photo/Copy Store
☐ Real Estate Office
☐ Restaurant/Diner
☐ Shoe Store
☐ Small Merchant

☐ Social Club/Policy Location
☐ Storage Facility
☐ Store Unclassified
☐ Supermarket
☐ Telecomm. Store
☐ Variety Store
☐ Video Store

**Indicate Name Of Business** ___

☐ Other: ___
☐ Abandoned Building
☐ Bridge

☐ Cemetery
☐ Construction Site
☐ Highway/Parkway

☐ Market/Piel
☐ Open Lot/Area
☐ Park/Playground

☐ Parking Lot/Garage
☐ Private
☐ Public

☐ Street
☐ Tunnel

☐ Public Building
☐ Mailbox Inside
☐ Mailbox Outside

☐ Other ___

**Indicate Name If Known** ___

**Exact Location Within Premises Type, If Known (Choose One):**
☐ Apartment
☐ Basement
☐ Commercial Establishment
☐ Community Center
☐ Driveway
☐ Elevator

☐ Elevator Equipment Room
☐ Freight Elevator
☐ Garage
☐ Hallway
☐ Laundry Room
☐ Lobby/Door/Vestibule

☐ Maintenance/Storage Area
☐ Management Office(s)
☐ Other Offices
☐ Parking Lot
☐ Play/Park Area
☐ Public Sidewalk

☐ Rest Room
☐ Roof
☐ Roof Top Landing
☐ Stairway
☐ Terrace
☐ Walkways

☐ Motor Vehicle
☐ Car
☐ Motorcycle
☐ Truck

☐ Other ___

| If Burglary: Forced Entry? ☐ Yes ☐ No ☐ Alt. Possible Entry ☐ Unknown (If Yes, Explain In Details) | If Burglary, Describe: ☐ Bldg. Commercial ☐ Bldg. Residential ☐ Building Other ☐ Garage | ☐ Vehicle ☐ Truck ☐ Trailer ☐ Watercraft | Location of Entry ☐ Front ☐ Rear ☐ Side ☐ Other | Crime Prev. Survey Requested ☐ Yes ☐ No |
|---|---|---|---|---|

| Point of Entry: ☐ Security Gate ☐ Skylight | ☐ Window ☐ Door ☐ Vent/Duct | ☐ Wall ☐ Floor ☐ Other | ☐ N/A | Alarm Bypassed ☐ Yes ☐ No | Alarm ☐ Company ☐ Responded | ☐ Yes ☐ No ☐ N/A | Alarm Company Name And Telephone # | Complainant/Reporter Present During Burglary ☐ Yes ☐ No |
|---|---|---|---|---|---|---|---|---|

**Supervisor On Scene** ☐ Yes ☑ No

| Rank ___ Name (Print) ___ Cmd ___ | Was Translator Used: ☐ Yes ☑ No If Yes, Indicate Name, Address, Phone # and Language |
|---|---|
| Canvass Conducted ☐ Yes ☐ No (Indicate Interviews And Results) | Name ___ Phone # ___ |
| | Address ___ Language ___ |

**Taxi Robbery:** Partition Present: ☐ Yes ☐ No    Amber Stress Light Activated: ☐ Yes ☐ No    Method of Conveyance: ☐ Street Hail ☐ Dispatch

### N.Y.C. DEPT. OF ED. SCHOOLS

**Location of Pick-up:** ___

| N.Y.C. Dept. Of Ed. School: | ☐ On School Property | Travelling | | School Sponsored Event | School Safety Division Operations |
|---|---|---|---|---|---|
| Incident: ☐ Yes ☐ No | ☐ During School Hours | ☐ To School | ☐ From School | ☐ Yes ☐ No | Control # ___ |

| Victim Status: ☐ General Ed. Student ☐ Special Ed. Student ☐ Resource Room/Related Services ☐ Teacher ☐ School Safety Agent ☐ Other Staff | ☐ Other (Specify) ___ |
|---|---|

| Type of School: ☐ Elementary ☐ I.S. ☐ JHS ☐ HS ☐ SP Ed. | School Number: ___ | School Name ___ |
|---|---|---|

| Exact Location On School Property: ☐ Hall ☐ Gym/Locker Room ☐ Bathroom | ☐ Floor ___ ☐ Playground/Field | ☐ Classroom # ___ ☐ On School Grounds | ☐ Cafeteria ☐ Auditorium | ☐ Staircase # ___ ☐ Other ___ |
|---|---|---|---|---|

| Suspect Status: ☐ General Ed. Student ☐ Special Ed Student ☐ Resource Room/Related Services ☐ Teacher ☐ Other Staff (Title) ___ | ☐ Student Intruder ☐ Intruder ☐ Visitor ☐ Family Member ☐ Unknown ☐ Other ___ |
|---|---|

1 of 6

# New York City Police Department
## Omniform System - Complaints

| Report Cmd:<br>062 | Jurisdiction:<br>N.Y. POLICE DEPT | ICAD#: | Record Status:<br>Final, Initial Arrests made | Public Omni<br>NO | Complaint #:<br>2024-062-000005 | No Other Legacy Blue Versions | Complaint Revisions:<br>View All Versions 0 1 2 |

| | | |
|---|---|---|
| Occurrence Location: INSIDE OF 2526 86 STREET<br>Name Of Premise:<br>Premises Type: RESIDENCE - APT. HOUSE<br>Location Within Premise: HALLWAY<br>Visible By Patrol?: NO | NYC Parks Dept. Property<br>Did this offense occur on NYC Parks Dept. Property?<br>Command:<br>NYC Parks Dept. Property Name: | Precinct: 062<br>Sector: D<br>Beat:<br>Post: |

| | | | | |
|---|---|---|---|---|
| Occurrence From: 2023-12-31<br>Occurrence thru: 2023-12-31<br>Reported: 2024-01-02<br>Complaint Received: RADIO | 02:20<br>22:06<br>01:60 | SUNDAY | | Aided # 000000005<br>Accident #<br>O.C.C.B. # |

| Classification: CRIM MISCHIEF | Case Status: CLOSED |
|---|---|
| Attempted/Completed: COMPLETED | Unit Referred To: |
| Most Serious Offense is: FELONY | Clearance Code: UNIFORM ARREST |
| PD Code: 269   CEMETERY DESECRATION1-PL145.23 | Log/Case #: 0 |
| PL Section: 14505 | Clearance Arrest Id: |
| Keycode: 121   CRIMINAL MISCHIEF & RELATED OF | Clearance AO Cmd:<br>File #:<br>Prints Requested? NO |

### OFFENSES:

| Order | Offense Desc | Att/Cmpl | PDC Code | PDC Code Desc | PL Section | PL Description | Larceny Type | IBR# | Class | Alleged Crime | Justified Crime | Criminal Activity |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PL 145 CRIMINAL MISCHIEF | COMPLETED | 269 | CRIM MISCHIEF 4 | PL 145.00 01 | CRIM MIS:INTENT DAMAGE PROPRTY | | 290 | Misdemeanor | | | |

| | |
|---|---|
| Confirmed Shots Fired?<br>NO | |
| Possible Hate Crime ?<br>NO | |

| Is This Related To Stop And Frisk Report<br>NO | SQF Number:<br>0000-000-00000 | Was The Victim's Personal Information Taken Or Possessed?<br>NO | Was The Victim's Personal Information Used To Commit A Crime?<br>NO |
|---|---|---|---|
| Gang Related?<br>NO | Detective Borough Wheel Log #: | Name Of Gang: | Child Abuse Suspected?<br>NO |
| DIR Required?<br>NO | Child in Common?<br>NO | Intimate Relationship?<br>NO | Officer Body Worn Camera:<br>NO |

| If Burglary: | Alarm: | If Arson: | Taxi Robbery: |
|---|---|---|---|
| Forced Entry?<br>Structure:<br>Entry Method:<br>Entry Location: | Bypassed?<br>Comp Responded?:<br>Company Name/Phone:<br>--<br>Crime Prevention Survey Requested?<br>Complaint/Reporter Present? | Structure:<br>Occupied?:<br>Damage by: | Partition Present:<br>Amber Stress Light Activated:<br>Method of Conveyance:<br>Location of Pickup: |

| Supervisor On Scene - Rank / Name / Command : | Canvas Conducted:<br>NO | Translator(if used): |
|---|---|---|

**NARRATIVE:**
AT TPO CV WHO IS OWNER OF BUILDING STATES ABOVE PERP DID INTENTIONALLY DAMAGE CAMERA INSTALLED IN HALLWAY OF 2ND FLOOR AT ABOVE LOCATION. CV HAS VIEDO FOOTAGE OF PERP DAMAGING CAMERS ON HIS PHONE. CAMERA VALUE > 250.

Version 1. CHANGED TO CRIMINAL MISCHIEF FELONY (DAMAGE TO CAMERA OVER $250)
Version 2. SYSTEM GENERATED

### No NYC TRANSIT Data for Complaint # 2024-062-000005

| Total Victims:<br>1 | Total Witnesses:<br>0 | Total Reporters:<br>0 | Total Wanted:<br>1 |
|---|---|---|---|

| VICTIM: # 1 of 1 | Name:<br>CHEN,HANG | Complaint#:<br>2024-062-000005 |
|---|---|---|

| | |
|---|---|
| Nick/AKA/Maiden:<br>UMOS: NO<br>Sex/Type: MALE / INDIVIDUAL<br>Race: ASIAN/PACIFIC<br>Age:<br>Date Of Birth<br>Disabled? NO<br>Is this person not Proficient in English? NO<br>If Yes, Indicate Language: | Suspected Gang Member: NO<br>Name:<br>Will View Photo: NO<br>Will Prosecute: NO<br>Notified Of Crime NO<br>Victim Comp. Law:<br>Other MOS Agency:<br>Type of Officer<br>Name: |

| LOCATION | ADDRESS | CITY | STATE/COUNTRY | ZIP | APT/ROOM |
|---|---|---|---|---|---|
| HOME-PERMANENT | ▇ | BROOKLYN | NEW YORK | | ▇ |

Phone #: HOME ▇   CELL: ▇   BUSINESS:Not Provided/Unavailable BEEPER: Not Provided/Unavailable E-MAIL: Not Provided/Unavailable

| Action against Victim: | Actions Of Victim Prior To Incident: AT HOME |
|---|---|
| Victim Of Similar Incident: NO | If Yes, When And Where |

## WANTED: # 1 of 1

| | Name: GU, FEI-FEI | Complaint#: 2024-062-000005 | Arrested: NO |
|---|---|---|---|

Nick/AKA/Maiden:

| | |
|---|---|
| Sex: FEMALE | Height: 5FT2IN |
| Race: ASIAN/PAC.ISL | Weight: 150 |
| Age: | Eye Color: UNKN |
| Date Of Birth: UNKNOWN | Hair Color: BLACK |
| U.S. Citizen: | Hair Length: LONG |
| Place Of Birth: | Hair Style: STRAIGHT |
| Is this person not Proficient in English?: NO | Skin Tone: LIGHT |
| If Yes, Indicate Language: | Complexion: CLEAR |
| Accent: NO | Offender Condition: UNKNOWN |
| | S.S. #: 0 |

Order Of Protection: NO
Issuing Court:
Docket #:
Expiration Date:
Order of Protection Violated?
Does Suspect abuse Drugs / Alcohol? NO
Suspect threatened /attempted suicide? NO
Is the suspect Parole / Probation? NO
Relation to Victim: ACQUAINTANCE
Living together: NO
Can be Identified: YES

Suspected Gang Member:
Name:

| LOCATION | ADDRESS | CITY | STATE/COUNTRY | ZIP | APT/ROOM | HOW LONG? | RES. PCT |
|---|---|---|---|---|---|---|---|
| HOME-PERMANENT | 2626 85 STREET | BROOKLYN | NEW YORK | | 2FL | | 062 |

Phone #: HOME: - - CELL: 929-362-7312 BUSINESS: - - BEEPER: - - E-MAIL:

| N.Y.C.H.A. Resident: NO | N.Y.C. Housing Employee: NO | On Duty: NO |
|---|---|---|
| Development: | N.Y.C. Transit Employee: NO | |

### Weapons:

| # 1 | Physical Force/Weapon: NONE | Firearm Recovered: | Serial Number Defaced: |
|---|---|---|---|
| | Physical Force/Weapon Type: | Discharged: NO | Serial Number: |
| | Physical Force/Weapon Sub Type: | Make: | |
| | Specific Physical Force/Weapon Type: | Color: | |
| | Other Weapon Description: | Caliber: | |

Used Transit System:
Station Entered:
Time Entered:
Metro Card Type:
Metro Card Used/Poses:
Card #:

| CRIME DATA | DETAILS |
|---|---|
| MODUS OPERANDI | UNKNOWN |
| ACTIONS TOWARD VICTIM | UNK |
| CLOTHING | OUTERWEAR -T-SHIRT or TANK TOP -BLUE |
| CLOTHING | ACCESSORIES -UNK -UNKNOWN COLOR |
| CLOTHING | FOOTWEAR -UNK -UNKNOWN COLOR |
| CLOTHING | HEADGEAR -UNK -UNKNOWN COLOR |
| CHARACTERISTICS | UNKNOWN |
| BODY MARKS | -UNKNOWN |
| IMPERSONATION | UNKNOWN |

### ARRESTS:    Complaint # 2024-062-000005

| Arrest ID | Status | Defendant Name | Sex | Race | Age | Arrest Date |
|---|---|---|---|---|---|---|
| K24602365 | ACTIVE | GU, FEIFEI | FEMALE | ASIAN/PACIFIC | 26 | 01/12/2024 |

### PROPERTY:    Complaint #2024-062-000005          Lost/Stolen/Found:

| Item | Property Involvement | Property Category | Type | Recovered | Owner Identification Num: | Qty | Description | Serial # | $ Value | $ Recovered |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | DESTROYED/DAMAGED/VANDALIZED | OTHER ELECTRONICS | RECORDINGS (AUDIO/VISUAL) | NO | NONE | 1. | CAMERA1 IN HALLWAY OF BUILDING | | 251. | 0. |

TOTAL VALUES: $ 251. RECOVERED $ 0.

### EVIDENCE:    Complaint # 2024-062-000005

| Evidence Collected?: | Evidence Collection Team/Crime Scene Requested?: | ECT Responded?: | ECT Run#: | Crime Scene Responded?: | Crime Scene Number: |
|---|---|---|---|---|---|

| Evidence | Invion # |
|---|---|

No IMEI Data for Complaint # 2024-062-000005

Case 1:25-cv-00029-ER    Document 5    Filed 01/03/25    Page 16 of 27

CRIMINAL COURT OF THE CITY OF NEW YORK
PART APAR COUNTY OF KINGS

THE PEOPLE OF THE STATE OF NEW YORK

STATE OF NEW YORK
COUNTY OF KINGS

V

FEIFEI  GU

POLICE OFFICER STEVEN M VITELLI SHIELD NO 22848., OF 62 COMMAND SAYS THAT ON OR ABOUT DECEMBER 31,2023 AT APPROXIMATELY 02:20 AM AT 2526 85 STREET COUNTY OF KINGS, STATE OF NEW YORK,

THE DEFENDANT COMMITTED THE OFFENSE(S) OF:

PL 145.00(1)              CRIMINAL MISCHIEF IN THE FOURTH DEGREE

IN THAT THE DEFENDANT DID:

HAVING NO RIGHT TO DO SO NOR ANY REASONABLE GROUND TO BELIEVE THAT THE DEFENDANT HAD SUCH RIGHT, INTENTIONALLY DAMAGE PROPERTY OF ANOTHER PERSON.

THE SOURCE OF DEPONENT'S INFORMATION AND THE GROUNDS FOR DEPONENT'S BELIEF ARE AS FOLLOWS:

DEPONENT IS INFORMED BY HANG CHEN THAT, AT THE ABOVE TIME AND PLACE, THE INFORMANT OBSERVED, VIA VIDEO SURVEILLANCE, THE DEFENDANT USING A STICK STRIKE AND DAMAGE TWO SURVEILLANCE CAMERAS WITH VALUED AT $250 UNITED STATES CURRENCY.

THE DEPONENT IS FURTHER INFORMED BY INFORMANT THAT INFORMANT IS THE CUSTODIAN OF THE ABOVE-DESCRIBED PROPERTY AND DEFENDANT DID NOT HAVE PERMISSION OR AUTHORITY TO DAMAGE THAT PROPERTY.

FALSE STATEMENTS MADE IN THIS DOCUMENT ARE PUNISHABLE AS A CLASS A MISDEMEANOR PURSUANT TO SECTION 210.45 OF THE PENAL LAW.

DATE                          SIGNATURE

CRIMINAL COURT OF THE CITY OF NEW YORK
PART APAR COUNTY OF KINGS

THE PEOPLE OF THE STATE OF NEW YORK

v

FEIFEI GU

STATE OF NEW YORK
COUNTY OF KINGS

SUPERSEDING INFORMATION

DOCKET NO.
CR-001793-24KN

ASSISTANT DISTRICT ATTORNEY VINCENT DIDONATO SAYS THAT ON OR ABOUT DECEMBER 31, 2023 AT APPROXIMATELY 02:20 AM AT 2526 85 STREET IN THE COUNTY OF KINGS, STATE OF NEW YORK,

THE DEFENDANT COMMITTED THE OFFENSE(S) OF:

PL 145.00(1)          CRIMINAL MISCHIEF IN THE FOURTH DEGREE

IN THAT THE DEFENDANT DID:

HAVING NO RIGHT TO DO SO NOR ANY REASONABLE GROUND TO BELIEVE THAT THE DEFENDANT HAD SUCH RIGHT, INTENTIONALLY DAMAGE PROPERTY OF ANOTHER PERSON.

THE SOURCE OF DEPONENT'S INFORMATION AND THE GROUNDS FOR DEPONENT'S BELIEF ARE AS FOLLOWS:

THE DEPONENT IS INFORMED BY HANG CHEN THAT, AT THE APPROXIMATE ABOVE TIME AND PLACE, THE INFORMANT OBSERVED, VIA VIDEO SURVEILLANCE, THE DEFENDANT USING A STICK TO STRIKE AND DAMAGE ONE SURVEILLANCE CAMERA VALUED AT $450 UNITED STATES CURRENCY.

THE DEPONENT IS FURTHER INFORMED BY THE INFORMANT THAT THE INFORMANT IS THE CUSTODIAN OF THE ABOVE-DESCRIBED PROPERTY AND THAT THE DEFENDANT DID NOT HAVE PERMISSION OR AUTHORITY TO DAMAGE THAT PROPERTY.

FALSE STATEMENTS MADE IN THIS DOCUMENT ARE PUNISHABLE AS A CLASS A MISDEMEANOR PURSUANT TO SECTION 210.45 OF THE PENAL LAW.

4/3/2024
DATE

_Vincent DiDonato_
SIGNATURE



**Eric Gonzalez**
District Attorney

**DISTRICT ATTORNEY**
**KINGS COUNTY**
350 JAY STREET
BROOKLYN, NY 11201-2908
(718) 250-2000
WWW.BROOKLYNDA.ORG

CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF KINGS: AP2

THE PEOPLE OF THE STATE OF NEW YORK

<u>**SUPPORTING DEPOSITION**</u>

SUPERSEDING INFORMATION

Docket No.
CR-001793-24KN

-against-

FEIFEI GU,

STATE OF NEW YORK      )
                       )
COUNTY OF KINGS        )

    I, HANG CHEN, have read the accusatory instrument filed in
this action.  The facts in that instrument stated to be on
information furnished by me are true to my personal knowledge.

                    FALSE   STATEMENTS   MADE   IN   THIS
                    DOCUMENT ARE PUNISHABLE AS A CLASS
                    A MISDEMEANOR PURSUANT TO SECTION
                    210.45 OF THE PENAL LAW.

                    4/3/24
                    ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾       ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
                       Date                  Signature

7







**XIAOGUO GROUP INC**
SURVEILLANCE CAMERA SERVICE
(917) 514-8608
WY8553@GMAIL.COM

INVOICE

DATE: 08/03/2024

INVOICE NO: 087234

| DESCRIPTION | QTY | AMOUNT |
|---|---|---|
| URGENT REPAIR SERVICE FEE: $600 (X2) PROPERTY ADDRESS : 2626 86TH STREET BROOKLYN, NY 11214 | 1 | $1,200.00 |
| Updated : camera replacement x1 | 1 | $450.000 |

**Remarks:**

*Price does not include camera replacement.
If needed an additional charge of $450 per cam will apply.

| | |
|---|---|
| Subtotal | $1,650.00 |
| Discount | $0.00 |
| Total Tax (8.75%) | 144.37 |
| Other Fees | $0.00 |
| Total Balance Due | 1,794.37 |

Please make check payable to : Xiaoguo Group Inc

THANK YOU



## XIAOGUO GROUP INC

**SURVEILLIANCE CAMERA SERVICE**
(917) 514-8808
WY5553@GMAIL.COM

**INVOICE**

DATE: 01/01/2024

INVOICE NO.  009394

| DESCRIPTION | QTY | AMOUNT |
|---|---|---|
| URGENT REPAIR SERVICE FEE  $600 (X2) | 1 | $1,200.00 |
| PROPERTY ADDRESS : 2626 85TH STREET BROOKLYN, NY 11214 | | |
| | | |
| Updated : camera replacement x1 | 1 | $450,000 |
| | | |
| | | |
| | | |
| *Paid in Full* | | |
| | | |
| *Cash* | | 01/02/24 |

| **Remarks:** | | |
|---|---|---|
| | Subtotal | $1,650.00 |
| *Price does not include camera replacement, | Discount | $0.00 |
| If needed an additonal charge of $450 per cam will apply. | Total Tax (8.75%) | 144,37 |
| | Other Fees | $0.00 |
| | Total Balance Due | 1,794,37 |

Please make check payable to : Xiaoguo Group Inc

THANK YOU!





New York City Comptroller
Brad Lander

Office of the New York City Comptroller
1 Centre Street
New York, NY 10007

Form Version:    NYC-COMPT-BLA-PI1-E

# Personal Injury Claim Form

Electronically filed claims must be filed within 90 days of the occurrence using the Office of the NYC Comptroller's website. If the claim is not resolved within one (1) year and 90 days of the occurrence, you must start a separate legal action in a court of law before the expiration of this time period to preserve your rights.

**I am filing:** ⦿ On behalf of myself.

○ On behalf of someone else. If on someone else's behalf, please provide the following information.

Last Name:

First Name:

Relationship to the claimant:

○ Attorney is filing.

**Attorney Information (If claimant is represented by attorney)**

+Firm or Last Name:

+Firm or First Name:

+Address:

Address 2:

+City:

+State:

+Zip Code:

Tax ID:

Phone #:

+Email Address:

+Retype Email Address:

## Claimant Information

| | |
|---|---|
| *Last Name: | GU |
| *First Name: | FEIFEI |
| *Address: | 2526 85TH ST |
| Address 2: | |
| *City: | BROOKLYN |
| *State: | NEW YORK |
| *Zip Code: | 11214 |
| *Country: | USA |
| Date of Birth: | Format: MM/DD/YYYY |
| Soc. Sec. # | |
| HICN: (Medicare #) | |
| Date of Death: | Format: MM/DD/YYYY |
| Phone: | |
| *Email Address: | FG1011@NYU.EDU |
| *Retype Email Address: | FG1011@NYU.EDU |
| Occupation: | |

City Employee?   ○ Yes   ○ No   ○ NA

Gender   ○ Male   ○ Female   ○ Other

**The time and place where the claim arose**

| | | |
|---|---|---|
| *Date of Incident: | 01/12/2024 | Format: MM/DD/YYYY |
| Time of Incident: | | Format: HH:MM AM/PM |
| *Location of Incident: | 2526 85TH ST | |

| | |
|---|---|
| Address: | |
| Address 2: | |
| City: | |
| *State: | NEW YORK |
| Borough: | BROOKLYN (KINGS) |

*Denotes required fields.
+Denotes field that is required if attorney is filing.
A Claimant OR an Attorney Email Address is required.



 New York City Comptroller
Brad Lander

Office of the New York City Comptroller
1 Centre Street
New York, NY 10007

| *Manner in which claim arose: | FALSE ARREST, ARREST WITHOUT PROBABLE CAUSE, FALSE IMPRISONMENT, MALICIOUS PROSECUTION, BY VARIOUS NYPD OFFICERS AND ADA. |
|---|---|

*Denotes required field.





New York City Comptroller
Brad Lander

Office of the New York City Comptroller
1 Centre Street
New York, NY 10007

| The items of damage or injuries claimed are (include dollar amounts): | PAIN AND SUFFERING EMOTIONAL DISTRESS |
|---|---|



 New York City Comptroller
Brad Lander

Office of the New York City Comptroller
1 Centre Street
New York, NY 10007

**Medical Information**

| | |
|---|---|
| 1st Treatment Date: | *Format: MM/DD/YYYY* |
| Hospital/Name: | |
| Address: | |
| Address 2: | |
| City: | |
| State: | |
| Zip Code: | |
| Date Treated in Emergency Room: | *Format: MM/DD/YYYY* |

Was claimant taken to hospital by an ambulance?    ○ Yes    ○ No    ○ NA

**Employment Information (If claiming lost wages)**

| | |
|---|---|
| Employer's Name: | |
| Address | |
| Address 2: | |
| City: | |
| State: | |
| Zip Code: | |
| Work Days Lost: | |
| Amount Earned Weekly: | |

**Treating Physician Information**

| | |
|---|---|
| Last Name: | |
| First Name: | |
| Address: | |
| Address 2: | |
| City: | |
| State: | |
| Zip Code: | |

**Witness 1 Information**

| | |
|---|---|
| Last Name: | CHAN |
| First Name: | YU HIN |
| Address | 2526 85TH ST |
| Address 2: | |
| City: | BROOKLYN |
| State: | NEW YORK |
| Zip Code: | 11214 | Phone: |

**Witness 2 Information**

| | |
|---|---|
| Last Name: | |
| First Name: | |
| Address | |
| Address 2: | |
| City: | |
| State: | |
| Zip Code: | Phone: |

**Witness 3 Information**

| | |
|---|---|
| Last Name: | |
| First Name: | |
| Address | |
| Address 2: | |
| City: | |
| State: | |
| Zip Code: | Phone: |

**Witness 4 Information**

| | |
|---|---|
| Last Name: | |
| First Name: | |
| Address | |
| Address 2: | |
| City: | |
| State: | |
| Zip Code: | Phone: |



 **New York City Comptroller**
Brad Lander

Office of the New York City Comptroller
1 Centre Street
New York, NY 10007

**Complete if claim involves a NYC vehicle**

**Owner of vehicle claimant was traveling in**

| | |
|---|---|
| Last Name: | |
| First Name: | |
| Address | |
| Address 2: | |
| City: | |
| State: | |
| Zip Code: | |

**Non-City vehicle driver**

| | |
|---|---|
| Last Name: | |
| First Name: | |
| Address | |
| Address 2: | |
| City: | |
| State: | |
| Zip Code: | |

**Insurance Information**

| | |
|---|---|
| Insurance Company Name: | |
| Address | |
| Address 2: | |
| City: | |
| State: | |
| Zip Code: | |
| Policy #: | |
| Phone #: | |

**Non-City vehicle information**

| | |
|---|---|
| Make, Model, Year of Vehicle: | |
| Plate #: | |
| VIN #: | |

**City vehicle information**

| | |
|---|---|
| Plate #: | |

| | |
|---|---|
| City Driver Last Name: | |
| City Driver First Name: | |

**Description of claimant:**
○ Driver   ○ Passenger
○ Pedestrian   ○ Bicyclist
○ Motorcyclist   ○ Other

**Total Amount Claimed:** | $100,000,000.00 | *Format: Do not include "$" or ",".*

*The **Total Amount Claimed** can only be entered once the following required fields are entered:*

*Claimant Last Name*
*Claimant First Name*
*Claimant Address,City,State,Zip Code, and Country*
*Claimant Email or Attorney Email*
*Date of Incident*
*Location of Incident (including State)*
*Manner in which claim arose*

*If attorney is filing, the following fields are also required:*
*Attorney Last Name, First Name, Address, City, State, Zip Code, Email*

*I certify that all information contained in this notice is true and correct to the best of my knowledge and belief. I understand that the willful making of any false statement of material fact herein will subject me to criminal penalties and civil liabilities.*