UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YU HIN CHAN *and* FEIFEI GU,

Plaintiffs,

v.

CITY OF NEW YORK, JOSEPH ROBINSON, DANIEL SINAI, MICHAEL SHER, STEVEN VITELLI, HANG CHEN, EMILY HUI CHEN-LIANG, SUSANA CHONG CHEN, YU YING WU, *and* OLIVER MUIR,

Defendants.

**ORDER**

25-cv-00029 (ER)

RAMOS, D.J.

On October 26, 2026, the Court issued an order (1) directing the Clerk of Court to issue summonses for the City of New York, Joseph Robinson, Daniel Sinai, Michael Sher, Steven Vitelli, Hang Chen, Emily Hui Chen-Liang, Susana Chong Chen, Yu Ying Wu, and Oliver Muir, (collectively, "Defendants"); (2) requesting that the New York City Police Department and the New York City Law Department waive service of summons; and (3) directing Plaintiff Feifei Gu to personally serve the summonses and second amended complaint on Hang Chen, Emily Hui Chen-Liang, Susana Chong Chen, and Yu Ying Wu within 90 days of the issuance of each summons. Doc. 25. The Court warned that if within those 90 days, Gu did not serve the individuals, the Court may dismiss the claims against them under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute. *Id.* The summonses were issued for Defendants on October 27, 2026. Doc. 26.

On October 30, 2026, Gu requested that the U.S. Marshals complete service on all Defendants, due to Gu's indigent status. Doc. 27. However, the U.S. Marshals do not assist with service in cases in which a plaintiff has not been granted leave to proceed *in forma pauperis* (IFP), or, in other words, without prepaying fees or costs.

Accordingly, Gu's motion is denied, and the Clerk of the Court is respectfully directed to terminate the motion, Doc. 27. If Gu desires to apply to proceed *in forma pauperis*, she may file an application to do so.

It is SO ORDERED.

Dated: November 4, 2026
New York, New York

Edgardo Ramos, U.S.D.J.